131 A.3d 959

IN THE MATTER OF DUANE T. PHILLIPS, AN ATTORNEY
AT LAW (ATTORNEY NO. 039111993).

March 10, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–119, concluding that **DUANE T. PHILLIPS** of **ABSECON,** who was admitted to the bar of this State in 1993, and who has been suspended from the practice of law since March 11, 2014, should be suspended from the practice of law for a period of one year for violating *RPC* 5.5(a) (practicing law while suspended) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DUANE T. PHILLIPS** is suspended from the practice of law for a period of one year, effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.